# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131508

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT ELLIOTT HENSHAW,
        Defendant-Appellant.

SC: 131508
COA: 258359
Macomb CC: 03-001489-FC
                03-001490-FC

_____/

On order of the Court, the application for leave to appeal the May 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

Clerk

p1122